FILED

01/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0651

_____

ALLISON SWEEM, individually, and as
Personal Representative of the ESTATE OF
BRANDON E. ROBERTS,

      Plaintiffs, Appellees, and
      Cross-Appellants,

v.

FLATHEAD COUNTY, a political division
of the State of Montana, and DOES 1-10,

      Defendants, Appellants, and
      Cross-Appellees.

O R D E R

_____

On December 19, 2023, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 24 2024